IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 6:11-CV-278-LED |
| | § | |
| PIONEER ELECTRONICS (USA) INC., | § | |
| *et al.*, | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants*. | § | |

### ORDER DISMISSING DEFENDANT DAIMLER AG WITH PREJUDICE

Pursuant to Plaintiffs' Notice of Voluntary Dismissal With Prejudice of Defendant Daimler AG under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendant Daimler AG shall be, and hereby is, DISMISSED WITH PREJUDICE.

Plaintiffs and Daimler AG will each bear their own costs, expenses and legal fees.

This dismissal does not affect any other named defendants.

**So ORDERED and SIGNED this 15th day of August, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**