IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| STRAGENT, LLC, *et al.*, | § | |
| --- | --- | --- |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 6:11-CV-278-LED |
| | § | |
| PIONEER ELECTRONICS (USA) | § | |
| INC., *et al.*, | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants*. | § | |

## STIPULATION TO DISMISS WITHOUT PREJUDICE DEFENDANT HONDA NORTH AMERICA, INC.

Pursuant to Fed. R. Civ. P. 29, Plaintiffs Stragent, LLC ("Stragent") and SeeSaw Foundation ("SeeSaw"), on the one hand, and Defendants Honda North America, Inc. ("Honda NA"), Honda of America Mfg., Inc. ("Honda Mfg."), American Honda Motor Co. Inc. ("American Honda"), and Honda Motor Company, Ltd. ("Honda Japan") (collectively "Honda"), on the other hand, hereby stipulate as follows:

1. Honda represents that Honda NA does not make, use, sell or offer to sell in the United States, nor import into the United States, nor has Honda NA ever made, used, sold or offered for sale in the United States, nor imported into the United States, any product accused of infringement in Plaintiffs' Complaint for Patent Infringement, or any product that is substantially similar;

2. Honda represents that Honda NA is not participating, nor has it ever participated, in the design, development, manufacturing, assembly, testing or maintenance of any product accused of infringement in Plaintiffs' Complaint for Patent Infringement, or any product that is substantially similar;

1

3. Honda agrees that, to the extent that discovery directed to Honda Mfg., American Honda or Honda Japan seeks information in the possession, custody or control of Honda NA but not Honda Mfg., American Honda or Honda Japan, Honda will provide the requested information, subject to Honda Mfg., American Honda or Honda Japan's other objections, by written response, production of documents or witness testimony, as appropriate, and will not object to any such discovery request on the basis that Honda NA is no longer a party to this action;

4. Based on the representations above, Stragent and SeeSaw agree to dismiss without prejudice their claims against Honda NA pursuant to Fed. R. Civ. P. 41(A)(1)(a)(i);

5. Honda NA agrees that, once dismissed from this action, it will not file a declaratory judgment action against Stragent or SeeSaw with respect to U.S. Patent No. 7,953,599, or any other patent claiming priority to U.S. Patent Application No. 12/104,207, unless and until Stragent or SeeSaw reasserts U.S. Patent No. 7,953,599 or any other patent claiming priority to U.S. Patent Application No. 12/104,207 against Honda NA; and

6. Honda agrees that if discovery later shows that Honda NA: 1) is making, using, selling or offering for sale in the United States, or importing into the United States, any product accused of infringement in Plaintiffs' Complaint for Patent Infringement, or any product that is substantially similar; 2) has ever made, used, sold or offered for sale in the United States, or imported into the United States, any product accused of infringement in Plaintiffs' Complaint for Patent Infringement, or any product that is substantially similar; or 3) is participating or has ever participated in the design, development, manufacturing, assembly, testing or maintenance of any product accused of infringement in this action or any product that is substantially similar, Honda will not oppose any motion to add Honda NA to the complaint.

Respectfully submitted,

/s/ Eric M. Albritton

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Debra Coleman
Texas State Bar No. 24059595
drc@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Danny L. Williams
Texas State Bar No. 21518050
danny@wmalaw.com
J. Mike Amerson
Texas State Bar No. 01150025
mike@wmalaw.com
Jaison C. John
Texas State Bar No. 24002351
jjohn@wmalaw.com
Christopher N. Cravey
Texas State Bar No. 24034398
ccravey@wmalaw.com
Matthew R. Rodgers
Texas State Bar No. 24041802
mrodgers@wmalaw.com
Michael A. Benefield
Texas State Bar No. 24073408
mbenefield@wmalaw.com
David Morehan
Texas State Bar No. 24065790
dmorehan@wmalaw.com

Williams, Morgan & Amerson, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

*Attorneys for Plaintiffs Stragent, LLC
and SeeSaw Foundation*


 /s/ John M. Caracappa
John M. Caracappa (D.C. Bar No. 476543)
Paul Lall (D.C. Bar No. 982191)
William J. Barrow (D.C. Bar No. 989299)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone: (202) 429-6267
Facsimile: (202) 429-3902
jcaracappa@steptoe.com
plall@steptoe.com
wbarrow@steptoe.com

J. Thad Heartfield
Texas Bar No. 09346800
M. Dru Montgomery
Texas Bar No. 24010800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: 409-866-3318
Fax: 409-866-5789
thad@jth-law.com
dru@jth-law.com

*Attorneys for Defendants Honda North America, Inc., Honda of America Mfg., Inc., American Honda Motor Co., Inc., and Honda Motor Company, Ltd.*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service are being served with a true and correct copy of the foregoing by email, on this the 5th day of October 2011.

                                                                     Eric M. Albritton