IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| STRAGENT, LLC, *et al.*, § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | Civil Action No. 6:11-CV-278-LED |
| § | |
| PIONEER ELECTRONICS (USA) INC., § | |
| *et al.*, § | JURY TRIAL DEMANDED |
| § | |
| *Defendants*. § | |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HONDA NORTH AMERICA, INC. UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Stragent, LLC and SeeSaw Foundation, plaintiffs in the above-entitled and numbered civil action, file this notice of voluntary dismissal without prejudice of their claims against Defendant Honda North America, Inc. ("Honda NA"). To date, Honda NA has not served either an answer to Plaintiffs' complaint or a motion for summary judgment.

Plaintiffs and Honda NA will each bear their own costs, expenses and legal fees.

This dismissal does not affect any other named defendants.

Respectfully submitted,

/s/ Eric M. Albritton

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com

1

Debra Coleman
Texas State Bar No. 24059595
drc@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Danny L. Williams
Texas State Bar No. 21518050
danny@wmalaw.com
J. Mike Amerson
Texas State Bar No. 01150025
mike@wmalaw.com
Jaison C. John
Texas State Bar No. 24002351
jjohn@wmalaw.com
Christopher N. Cravey
Texas State Bar No. 24034398
ccravey@wmalaw.com
Matthew R. Rodgers
Texas State Bar No. 24041802
mrodgers@wmalaw.com
Michael A. Benefield
Texas State Bar No. 24073408
mbenefield@wmalaw.com
David Morehan
Texas State Bar No. 24065790
dmorehan@wmalaw.com
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

***Counsel for Stragent, LLC
and SeeSaw Foundation***

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service are being served with a true and correct copy of the foregoing by email on this the 5th day of October 2011.

                                                                        Eric M. Albritton