IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | CIVIL ACTION NO. 6:11-CV-278-LED-JDL |
| v. | § | |
| | § | |
| PIONEER ELECTRONICS (USA) INC., *et al.*, | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants*. | § | |

**PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE NAME**

Stragent, LLC and SeeSaw Foundation (now known as TAG Foundation), plaintiffs in the above-entitled and numbered civil action, respectfully move for the Court to substitute the name "TAG Foundation" for "SeeSaw Foundation." In support of this motion, Plaintiffs would respectfully show the Court the following.

Plaintiffs filed this action on May 31, 2011. Dkt. No. 1. On October 12, 2011, Plaintiff SeeSaw Foundation filed a Certificate of Amendment changing its name to "TAG Foundation." Exh. A at 1. The document became effective when filed by the Texas Secretary of State. *Id.* at 3. Thus, effective October 12, 2011, the correct name of SeeSaw Foundation is "TAG Foundation."

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Court substitute the name "TAG Foundation" for "SeeSaw Foundation" and direct the Clerk of the Court to update the docket sheet for this action accordingly. *See Alexander v. U.S. Bank, N.A.*, Civ. Action No. 3:07-CV-1239-L, 2008 U.S. Dist. LEXIS 58114, at \*\*5-6 (N.D. Tex. Jul. 30, 2008) (substituting

a party's name and directing the clerk of the court to update the docket sheet where the party changed its name after the action was filed).

                Respectfully submitted,

                */s/ Eric M. Albritton*

                Eric M. Albritton
                Texas State Bar No. 00790215
                ema@emafirm.com
                Stephen E. Edwards
                Texas State Bar No. 00784008
                see@emafirm.com
                Debra Coleman
                Texas State Bar No. 24059595
                drc@emafirm.com
                ALBRITTON LAW FIRM
                P.O. Box 2649
                Longview, Texas 75606
                Telephone: (903) 757-8449
                Facsimile: (903) 758-7397

                Danny L. Williams
                Texas State Bar No. 21518050
                danny@wmalaw.com
                J. Mike Amerson
                Texas State Bar No. 01150025
                mike@wmalaw.com
                Jaison C. John
                Texas State Bar No. 24002351
                jjohn@wmalaw.com
                Christopher N. Cravey
                Texas State Bar No. 24034398
                ccravey@wmalaw.com
                Matthew R. Rodgers
                Texas State Bar No. 24041802
                mrodgers@wmalaw.com
                Michael A. Benefield
                Texas State Bar No. 24073408
                mbenefield@wmalaw.com
                David Morehan
                Texas State Bar No. 24065790
                dmorehan@wmalaw.com

                    WILLIAMS, MORGAN & AMERSON, P.C.
                    10333 Richmond, Suite 1100
                    Houston, Texas 77042
                    Telephone: (713) 934-7000
                    Facsimile: (713) 934-7011

*Counsel for Plaintiffs*
***Stragent, LLC and SeeSaw Foundation***
***(now known as TAG Foundation)***

### **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 14th day of February 2012.

_____
Eric M. Albritton