IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **STRAGENT, LLC,** *et al.*, | § § | |
| *Plaintiffs*, | § § | Civil Action No. 6:11-CV-278-LED-JDL |
| v. | § § § | **JURY TRIAL DEMANDED** |
| **PIONEER ELECTRONICS (USA) INC.,** *et al.*, | § § § | |
| *Defendants*. | § | |

**JOINT NOTICE OF SETTLEMENT
AND MOTION TO STAY ALL DEADLINES**

Plaintiffs Stragent, LLC and TAG Foundation and Defendants Toyota Motor North America, Inc., Toyota Motor Sales, USA, Inc., Toyota Motor Engineering & Manufacturing North America, Inc. and Toyota Motor Corporation (collectively "Toyota"), jointly notify the Court that Toyota will be dismissed from this civil action as a result of a settlement agreement after certain conditions are met. The parties anticipate that such dismissal will be filed within 60 days, and, thus, move to stay all deadlines by and between plaintiffs and Toyota for the next 60 days.

WHEREFORE, PREMISES CONSIDERED, the parties pray that the Court stay all deadlines in this case by and between them as set forth, and for all other relief to which they are justly entitled.

Respectfully submitted,

/s/ Eric M. Albritton

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Debra Coleman
Texas State Bar No. 24059595
drc@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Danny L. Williams
Texas State Bar No. 21518050
danny@wmalaw.com
J. Mike Amerson
Texas State Bar No. 01150025
mike@wmalaw.com
Matthew R. Rodgers
Texas State Bar No. 24041802
mrodgers@wmalaw.com
Michael A. Benefield
Texas State Bar No. 24073408
mbenefield@wmalaw.com
David W. Morehan
Texas State Bar No. 24065790
dmorehan@wmalaw.com
Scott Woloson
Texas State Bar No 24066305
swoloson@wmalaw.com
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

***Counsel for Stragent, LLC
and TAG Foundation***

Respectfully submitted,

*/s/ Paul R. Steadman  (by permission)*
Paul R. Steadman
State Bar No. 6238160
psteadman@kirkland.com
Kirkland & Ellis LLP
300 North LaSalle, 25th Floor
Chicago, Illinois 60654
Telephone: (312) 862-2105
Facsimile: (312) 862-2200

Trey Yarbrough
Texas State Bar No. 22133500
trey@yw-lawfirm.com
Debra E. Gunter
Texas State Bar No. 24012752
debby@yw-lawfirm.com
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson, Suite 1015
Tyler, Texas 75702
Telephone: (903) 595-1133
Facsimile: (903) 595-0191

***Counsel for Toyota Motor North America, Inc., Toyota Motor Sales, USA, Inc., Toyota Motor Engineering & Manufacturing North America, Inc. and Toyota Motor Corporation***

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel, who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 26th day of March 2012.

Eric M. Albritton