# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **STRAGENT, LLC,** *et al.*, | § § | |
| *Plaintiffs*, | § § | Civil Action No. 6:11-CV-278-LED |
| v. | § § | JURY TRIAL DEMANDED |
| **PIONEER ELECTRONICS (USA) INC.,** *et al.*, | § § § | |
| *Defendants*. | § § | |

## JOINT MOTION TO DISMISS CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(2) AND (c)

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), Plaintiffs Stragent, LLC and TAG Foundation and Defendants Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Corporation (collectively "Toyota Defendants") jointly move for dismissal WITHOUT PREJUDICE of all claims and counterclaims asserted by and between Plaintiffs and the Toyota Defendants in this action.

Plaintiffs and the Toyota Defendants will each bear their own costs, expenses and legal fees.

This dismissal does not affect any other named defendants.

Respectfully submitted,

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com

1

Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Debra Coleman
Texas State Bar No. 24059595
drc@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Danny L. Williams
Texas State Bar No. 21518050
danny@wmalaw.com
J. Mike Amerson
Texas State Bar No. 01150025
mike@wmalaw.com
Matthew R. Rodgers
Texas State Bar No. 24041802
mrodgers@wmalaw.com
Michael A. Benefield
Texas State Bar No. 24073408
mbenefield@wmalaw.com
David W. Morehan
Texas State Bar No. 24065790
dmorehan@wmalaw.com
Scott Woloson
Texas State Bar No 24066305
swoloson@wmalaw.com
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011
: (713) 934-7000
Facsimile: (713) 934-7011

***Counsel for Stragent, LLC
and TAG Foundation***

Respectfully submitted,

*/s/ Paul R. Steadman  (by permission)*
Paul R. Steadman
State Bar No. 6238160
psteadman@kirkland.com
Kirkland & Ellis LLP
300 North LaSalle, 25th Floor
Chicago, Illinois 60654
Telephone: (312) 862-2105
Facsimile: (312) 862-2200

Trey Yarbrough
Texas State Bar No. 22133500
trey@yw-lawfirm.com
Debra E. Gunter
Texas State Bar No. 24012752
debby@yw-lawfirm.com
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson, Suite 1015
Tyler, Texas 75702
Telephone: (903) 595-1133
Facsimile: (903) 595-0191

***Counsel for Toyota Motor North America, Inc., Toyota Motor Sales, USA, Inc., Toyota Motor Engineering & Manufacturing North America, Inc. and Toyota Motor Corporation***

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 3rd day of May 2012.

Eric M. Albritton