IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, *et al.*, | § § | |
| *Plaintiffs*, | § § | Civil Action No. 6:11-CV-278-LED-JDL |
| v. | § § | |
| | § | **JURY TRIAL DEMANDED** |
| PIONEER ELECTRONICS (USA) INC., *et al.*, | § § § | |
| *Defendants*. | § | |

## JOINT NOTICE OF SETTLEMENT
## AND MOTION TO STAY ALL DEADLINES

Plaintiffs Stragent, LLC and TAG Foundation and Defendants Pioneer Electronics (USA) Inc., Pioneer North America, Inc., and Pioneer Corporation (collectively "Pioneer"), jointly notify the Court that Plaintiffs and Pioneer have reached an agreement in principle to settle the above-referenced litigation and that Pioneer will be dismissed from this civil action as a result of that settlement agreement after certain conditions are met. The parties anticipate that such dismissal will be filed within 60 days, and, thus, move to stay all deadlines by and between plaintiffs and Pioneer for the next 60 days.

WHEREFORE, PREMISES CONSIDERED, the parties pray that the Court stay all deadlines in this case by and between them as set forth, and for all other relief to which they are justly entitled.

Respectfully submitted,

/s/ Eric M. Albritton

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Debra Coleman
Texas State Bar No. 24059595
drc@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Danny L. Williams
Texas State Bar No. 21518050
danny@wmalaw.com
J. Mike Amerson
Texas State Bar No. 01150025
mike@wmalaw.com
Matthew R. Rodgers
Texas State Bar No. 24041802
mrodgers@wmalaw.com
Michael A. Benefield
Texas State Bar No. 24073408
mbenefield@wmalaw.com
David W. Morehan
Texas State Bar No. 24065790
dmorehan@wmalaw.com
Scott Woloson
Texas State Bar No 24066305
swoloson@wmalaw.com
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

***Counsel for Stragent, LLC
and TAG Foundation***

Respectfully submitted,

*/s/ John G. Smith (with permission)*
John G. Smith
Ronald L. Grudziecki
DRINKER BIDDLE & REATH LLP
1500 K Street N.W. #1100
Washington, DC 20005
Tel: (202) 842-8800
Fax: (202) 842-8465
john.smith@dbr.com
ronald.grudziecki@dbr.com

Patrick J. Kelleher
DRINKER BIDDLE & REATH LLP
191 N. Wacker Dr. Suite 3700
Chicago, IL 60606
Tel: (312) 569-1000
Fax: (312) 569-3000
patrick.kelleher@dbr.com

Guy N. Harrison
HARRISON LAW FIRM
217 North Center
Longview, TX 75601
Tel: (903) 758-7361
Fax: (903) 753-9557
guy@gnhlaw.com

***Attorneys For Defendants Pioneer Electronics (USA) Inc., Pioneer North America, Inc. and Pioneer Corporation***

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel, who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 14th day of May 2012.

Eric M. Albritton

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and that all parties join the foregoing motion.

Eric M. Albritton