# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **STRAGENT, LLC,** *et al.*, | § |
| | § |
| *Plaintiffs*, | § Civil Action No. 6:11-CV-278-LED-JDL |
| | § |
| v. | § |
| | § **JURY TRIAL DEMANDED** |
| **PIONEER ELECTRONICS (USA) INC.,** *et al.*, | § |
| | § |
| *Defendants*. | § |

## JOINT NOTICE OF SETTLEMENT
## AND MOTION TO STAY ALL DEADLINES

Plaintiffs Stragent, LLC and TAG Foundation and Defendants Nissan North America, Inc. and Nissan Motor Co., LTD (collectively "Nissan"), jointly notify the Court that Nissan will be dismissed from this civil action as a result of a settlement agreement after certain conditions are met. The parties anticipate that such dismissal will be filed within 60 days, and, thus, move to stay all deadlines by and between plaintiffs and Nissan for the next 60 days.

WHEREFORE, PREMISES CONSIDERED, the parties pray that the Court stay all deadlines in this case by and between them as set forth, and for all other relief to which they are justly entitled.

Respectfully submitted,

/s/ Eric M. Albritton

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
Debra Coleman
Texas State Bar No. 24059595
drc@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Danny L. Williams
Texas State Bar No. 21518050
danny@wmalaw.com
J. Mike Amerson
Texas State Bar No. 01150025
mike@wmalaw.com
Matthew R. Rodgers
Texas State Bar No. 24041802
mrodgers@wmalaw.com
David W. Morehan
Texas State Bar No. 24065790
dmorehan@wmalaw.com
Scott Woloson
Texas State Bar No 24066305
swoloson@wmalaw.com
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

*Counsel for Stragent, LLC
and TAG Foundation*

2

Respectfully submitted,

*/s/ J. Thad Heartfield (by permission)*
J. Thad Heartfield
Texas Bar No. 09346800
thad@jth-law.com
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Facsimile: (409) 866-5789

Igor Piryazev
California Bar No. 253149
igorpiryazev@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Ryan S. Goldstein
California Bar No. 208444
ryangoldstein@quinnemanuel.com
Wayne T. Alexander
New York Bar No. 2554988
waynealexander@quinnemanuel.com
NBF Hibiya Bldg., 25F
1-1-7, Uchisaiwai-cho, Chiyoda-ku
Tokyo 100-0011, Japan
Telephone: +81 3 5510 1711
Facsimile: +81 3 5510 1712

*Counsel for Nissan North America, Inc. and Nissan Motor Co., LTD*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel, who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 20th day of June 2012.

Eric M. Albritton

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and that all parties join the foregoing motion.

Eric M. Albritton