IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, *et al.*, | § | |
| Plaintiffs, | § | Civil Action No. 6:11-CV-278-LED |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| PIONEER ELECTRONICS (USA) INC., *et al.*, | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS CLAIMS AND COUNTERCLAIMS AGAINST DEFENDANT HONDA MOTOR COMPANY, LTD WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(2) AND (c)

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), Plaintiffs Stragent, LLC and TAG Foundation and Defendant Honda Motor Company, LTD ("Honda"), jointly move for dismissal WITH PREJUDICE of all claims and counterclaims asserted by and between Plaintiffs and the Honda in this action.

Plaintiffs and the Honda will each bear their own costs, expenses and legal fees.

This dismissal does not affect any other named defendants.

                                              Respectfully submitted,

                                              */s/ Eric M. Albritton*
                                              Eric M. Albritton
                                              Texas State Bar No. 00790215
                                              ema@emafirm.com
                                              Stephen E. Edwards
                                              Texas State Bar No. 00784008
                                              see@emafirm.com
                                              Michael A. Benefield
                                              Texas State Bar No. 24073408
                                              mab@emafirm.com

1

Debra Coleman
Texas State Bar No. 24059595
drc@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Danny L. Williams
Texas State Bar No. 21518050
danny@wmalaw.com
J. Mike Amerson
Texas State Bar No. 01150025
mike@wmalaw.com
Matthew R. Rodgers
Texas State Bar No. 24041802
mrodgers@wmalaw.com
David W. Morehan
Texas State Bar No. 24065790
dmorehan@wmalaw.com
Scott Woloson
Texas State Bar No 24066305
swoloson@wmalaw.com
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

*Counsel for Stragent, LLC
and TAG Foundation*

Respectfully submitted,

*/s/ Paul D. Lall  (with permission)*
John M. Caracappa
State Bar No. 476543
jcaracappa@steptoe.com
Paul D. Lall
State Bar No. 982191
plall@steptoe.com

William J. Barrow
State Bar No. 989299
wbarrow@steptoe.com

Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, D.C. 20036
Telephone: (202) 429-3741
Facsimile: (202) 429-3902

J. Thad Heartfield
Texas Bar No. 09346800
thad@jth-law.com
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Facsimile: (409) 866-5789

*Counsel for Honda of America Mfg., Inc., American Honda Motor Co., and Honda North America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 3rd day of January 2013.

Eric M. Albritton

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and that all parties join the foregoing motion.

Eric M. Albritton