**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**TYLER DIVISION**

| | | |
|---|---|---|
| **STRAGENT, LLC**, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | Civil Action No. 6:11-CV-278-LED |
| | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **PIONEER ELECTRONICS (USA) INC.**, | § | |
| *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

The Joint Motion filed by Plaintiffs Stragent, LLC and TAG Foundation and Defendant Honda Motor Company, LTD ("Honda") to Dismiss Claims and Counterclaims with Prejudice under Fed. R. Civ. P. 41(a)(2) and (c) shall be, and hereby is, GRANTED.  All claims and counterclaims asserted by and between Plaintiffs and Honda in this action are hereby DISMISSED WITH PREJUDICE.

Plaintiffs and Honda will each bear their own costs, expenses and legal fees.

**So ORDERED and SIGNED this 7th day of January, 2013.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**