IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, et al., | § | |
| | § | |
| vs. | § | |
| | § | CASE NO. 6:11cv278 LED-JDL |
| PIONEER ELECTRONICS (USA) INC., | § | |
| et al. | § | |

## ORDER

Before the Court is Defendants' Motion for Leave to File a Sur-Reply Brief (Doc. No. 358). Plaintiffs Stragent, LLC and TAG Foundation have responded (Doc. No. 360). Upon consideration of the submissions, the motion is **GRANTED**. In addition, Plaintiffs have leave to file a response to Defendants' sur-reply, limited to no more than three pages, no later than **February 27, 2013**.

So ORDERED and SIGNED this 25th day of February, 2013.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE