IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, et al., | § | |
| | § | |
| vs. | § | |
| | § | CASE NO. 6:11cv278 LED-JDL |
| PIONEER ELECTRONICS (USA) INC., | § | |
| et al. | § | |

## ORDER

Before the Court is Defendants BMW of North America, LLC and Bayerische Motoren Werke AG's (collectively, "BMW") Motion for Leave to File Motion to Sever and Transfer Venue Under 28 U.S.C. § 1404(a) (Doc. No. 309).  The matter has been fully briefed (Doc. Nos. 326, 334 & 338).  Upon consideration of the submissions, the Motion for Leave is **GRANTED**.

BMW has filed its Motion to Sever and Transfer Venue (Doc. No. 310).  Plaintiffs have not yet responded.  Therefore, Plaintiffs are **ORDERED** to file a response no later than **April 5, 2013**.

**So ORDERED and SIGNED this 20th day of March, 2013.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE