**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **STRAGENT, LLC, ET AL.** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:11cv278** |
| | § | |
| **PIONEER ELECTRONICS (USA) INC.,** | § | |
| **ET AL.** | § | |

**ORDER**

The Court has received a bill representing services rendered and expenses incurred through February 28, 2013 by technical advisor, Richard Egan, Austin, Texas.  Upon review, the Court finds the total amount charged, $13,020.44 to be appropriate and ORDERS Plaintiffs to pay one half, $6,510.22, and Defendants, collectively, to pay one half, $6,510.22.

Payment should be made by April 3, 2013 to Richard Egan, O'Keefe, Egan, Peterman & Enders, LLP, 1101 S. Capital of Texas Hwy., Building C, Suite 200, Austin, Texas 78746 and reference Invoice Number 43955.

**So ORDERED and SIGNED this 20th day of March, 2013.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE