IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STRAGENT, LLC, *et al.*, ) | |
| ) | |
| *Plaintiffs,* ) | C.A. No. 6:11-cv-00278-LED-JDL |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| PIONEER ELECTRONICS (USA) INC., *et al.*, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

**DEFENDANTS BMW OF NORTH AMERICA, LLC'S AND BAYERISCHE MOTOREN WERKE AG'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' PARTIAL OPPOSITION TO MOTION TO SEVER AND TRANSFER (D.I. 368)**

Defendants BMW of North America, LLC's and Bayerische Motoren Werke AG's (collectively "BMW") Unopposed Motion for Extension of Time to File Reply to Plaintiffs' Partial Opposition to Motion to Sever and Transfer (D.I. 368) shall be, and hereby is, GRANTED. BMW's deadline to file a reply brief is hereby extended up to and including **April 22, 2013.**

So ORDERED and SIGNED this 10th day of April, 2013.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE