IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **STRAGENT, LLC,** *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | Civil Action No. 6:11-CV-278-LED |
| | § | |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| **PIONEER ELECTRONICS (USA) INC.,** *et al.*, | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

## JOINT MOTION TO DISMISS CLAIMS AND COUNTERCLAIMS AGAINST MITSUBISHI MOTORS NORTH AMERICA, INC. WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(2) AND (c)

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), Plaintiffs Stragent, LLC and TAG Foundation and Defendant Mitsubishi Motors North America, Inc. ("Mitsubishi") jointly move for dismissal WITHOUT PREJUDICE of all claims and counterclaims asserted by and between Plaintiffs and Mitsubishi in this action.

Plaintiffs and Mitsubishi will each bear their own costs, expenses and legal fees.

This dismissal does not affect any other named defendants.

Respectfully submitted,

*/s/ Eric M. Albritton*

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com

ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Danny L. Williams
State Bar No. 21518050
danny@wmalaw.com
J. Mike Amerson
State Bar No. 01150025
mike@wmalaw.com
Matthew R. Rodgers
State Bar No. 24041802
mrodgers@wmalaw.com
David Morehan
State Bar No. 24065790
dmorehan@wmalaw.com
David K. Wooten
Texas Bar No. 24033477
dwooten@wmalaw.com
Leisa Talbert Peschel
Texas Bar No. 24060414
lpeschel@wmalaw.com
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

*Counsel for Stragent, LLC and TAG Foundation*

Respectfully submitted,

*/s/ Deborah J. Swedlow (with permission)*
J. Michael Huget
State Bar No. P39150
MHuget@honigman.com
Deborah J. Swedlow
State Bar No. P67844
bswedlow@honigman.com

Charles W. Duncan, Jr.
State Bar No. P75288
cduncan@honigman.com

2

Honigman Miller Schwartz and Cohn LLP
130 South First Street, 4th Floor
Ann Arbor, Michigan 48104
Telephone: (734) 418-4268
Facsimile: (734) 418-4269

Clyde M. Siebman
State Bar No. 18341600
siebman@siebman.com
Siebman, Burg, Phillips & Smith, LLP
300 North Travis
Sherman, Texas 75090
Telephone: (903) 870-0070
Facsimile: (903) 870-0066

*Counsel for Mitsubishi Motors North America, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 16th day of April 2013.

Eric M. Albritton