## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## TYLER DIVISION

| | |
|---|---|
| **STRAGENT, LLC,** *et al.*, | § |
| | § |
| *Plaintiffs*, | §   Civil Action No. 6:11-CV-278-LED-JDL |
| | § |
| v. | § |
| | §   **JURY TRIAL DEMANDED** |
| **PIONEER ELECTRONICS (USA) INC.,** | § |
| *et al.*, | § |
| | § |
| *Defendants*. | § |

## **ORDER**

Plaintiffs Unopposed Motion to Withdraw Debra Coleman as Counsel of Record shall be, and hereby is, GRANTED. Accordingly, the Clerk shall terminate Debra Coleman as counsel of record for the plaintiff and discontinue CM/ECF notices to Debra Coleman for this civil action.

**So ORDERED and SIGNED this 16th day of April, 2013.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE