IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **STRAGENT, LLC,** *et al.*, | § § | |
| *Plaintiffs*, | § § | Civil Action No. 6:11-CV-278-LED |
| v. | § § | |
| | § | **JURY TRIAL DEMANDED** |
| **PIONEER ELECTRONICS (USA) INC.,** *et al.*, | § § § | |
| *Defendants*. | § | |

## ORDER

The Joint Motion filed by Plaintiffs Stragent, LLC and TAG Foundation and Defendant Mitsubishi Motors North America, Inc. ("Mitsubishi") to Dismiss Claims and Counterclaims Without Prejudice under Fed. R. Civ. P. 41(a)(2) and (c) shall be, and hereby is, GRANTED. All claims and counterclaims asserted by and between Plaintiffs and Mitsubishi in this action are hereby DISMISSED WITHOUT PREJUDICE.

Plaintiffs and Mitsubishi will each bear their own costs, expenses and legal fees.

So ORDERED and SIGNED this 18th day of April, 2013.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**