IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| STRAGENT, LLC, *et al*. § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> PIONEER ELECTRONICS (USA) § <br> INC., *et al*., § <br> § <br> *Defendants*. § | Civil Action No. 6:11-CV-278-LED-JDL <br><br> JURY TRIAL DEMANDED |

### PLAINTIFFS' NOTICE OF ATTORNEY APPEARANCE OF ANDRALEE C. LLOYD

Stragent, LLC and TAG Foundation, plaintiffs in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record:

> Andralee C. Lloyd
> Texas State Bar No. 24071577
> acl@emafirm.com
> ALBRITTON LAW FIRM
> P.O. Box 2649
> Longview, Texas 75606
> Telephone: (903) 757-8449
> Facsimile: (903) 758-7397

Respectfully submitted,

*/s/ Andralee Cain Lloyd*

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Steve Edwards
Texas State Bar No. 00784008
see@emafirm.com

Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
Andralee C. Lloyd
Texas State Bar No. 24071577
acl@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Danny L. Williams
Texas State Bar No. 21518050
danny@wmalaw.com
Matthew R. Rodgers
Texas State Bar No. 24041802
mrodgers@wmalaw.com
David K. Wooten
Texas State Bar No. 24033477
dwooten@wmalaw.com
David W. Morehan
Texas State Bar No. 24065790
dmorehan@wmalaw.com
Leisa Talbert Peschel
Texas State Bar No. 24060414
lpeschel@wmalaw.com
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

***Counsel for Stragent, LLC and TAG Foundation***

**CERTIFICATE OF SERVICE**

      Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(c), the undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, the document is being served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), any other counsel of record will be served with a true and correct copy of the foregoing by email on this 2nd day of May 2013.

*/s/ Andralee Cain Lloyd*
Andralee C. Lloyd