IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STRAGENT, LLC, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | C.A. No. 6:11-cv-00278-LED-JDL |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| PIONEER ELECTRONICS (USA) INC., *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

A request is hereby made that attorney Paul R. Steadman, attorney for Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., and Toyota Motor North America, Inc., who was dismissed from this action on May 11, 2012, cease receiving electronic notifications in the above-captioned matter.

Dated:  May 7, 2013

Respectfully submitted,

/s/ Paul R. Steadman
Paul R. Steadman
Bar No. _____
DLA Piper

**ATTORNEY FOR TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.; TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES, U.S.A., INC.; AND TOYOTA MOTOR NORTH AMERICA, INC.**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service on May 7, 2013.

>　　　　　　　　　　　　　　　　*/s/ Paul R. Steadman*
>　　　　　　　　　　　　　　　　Paul R. Steadman