# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, et al. | § § | |
| *Plaintiffs*, | § § | Civil Action No. 6:11-CV-278-LED-JDL |
| v. | § § | |
| BMW NORTH AMERICA LLC, *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants*. | § | |

## **ORDER**

Plaintiffs Unopposed Motion to Withdraw Stephen E. Edwards as Counsel of Record shall be, and hereby is, GRANTED. Accordingly, the Clerk shall terminate Stephen E. Edwards as counsel of record for the Plaintiff and discontinue CM/ECF notices to Stephen E. Edwards for this civil action.

**So ORDERED and SIGNED this 11th day of June, 2013.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE