IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STRAGENT, LLC, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　v.<br>MERCEDES-BENZ USA, LLC, *et al.*,<br><br>　　　　　　Defendants. | Case No. 6:13-CV-378-LED-JDL<br><br>**JURY TRIAL DEMANDED** |
| STRAGENT, LLC, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　v.<br>PIONEER ELECTRONICS (USA) INC., *et al.*,<br><br>　　　　　　Defendants. | Case No. 6:11-cv-00278-LED-JDL<br><br>**JURY TRIAL DEMANDED** |

## ORDER

The Unopposed Motion to Withdraw Keith B. O'Doherty as Counsel of Record shall be, and is hereby, GRANTED. Accordingly, the Clerk shall terminate Keith B. O'Doherty as counsel of record for the Defendant and discontinue cm/ecf notices to Keith B. O'Doherty for this civil action.

**So ORDERED and SIGNED this 11th day of June, 2013.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOHN D. LOVE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

\\DC - 003540/000111 - 4684071 v1