IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, *et al.*, | § § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO. 6:11-CV-278 |
| v. | § § | |
| PIONEER ELECTRONICS (USA) INC., *et al.*, | § § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

## ORDER

Before the Court is Plaintiffs' unopposed motion to extend the deadline to file a Sur-Reply in support of their Opposition (Dkt. No. 388) to the BMW Defendants' Motion for Leave to Amend their Answer, Defenses, and Counterclaims (Dkt. No. 380) from July 15, 2013 to July 29, 2013.

The Court hereby finds that Plaintiff's unopposed motion should be **GRANTED** and it is hereby **ORDERED** that Plaintiff may have until July 29, 2013 to file their Sur-Reply.

So ORDERED and SIGNED this 15th day of July, 2013.

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE