IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, et al., | § | |
| | § | |
| v. | § | No. 6:11-CV-278-LED-JDL |
| | § | |
| BMW NORTH AMERICA LLC, et al. | § | LEAD CASE |
| | § | |
| STRAGENT, LLC, et al., | § | |
| | § | |
| v. | § | No. 6:11-CV-378-LED-JDL |
| | § | |
| MERCEDES-BENZ USA, LLC. | § | MEMBER CASE |
| | § | |
| STRAGENT, LLC, et al., | § | |
| | § | |
| v. | § | No. 6:11-CV-379-LED-JDL |
| | § | |
| CHRYSLER GROUP, LLC. | § | MEMBER CASE |
| | § | |

## ORDER

Before the Court is Plaintiffs' unopposed motion to extend the deadline to file Objections to and Motion for Reconsideration of the Court's Memorandum Opinion and Order regarding claim construction (Dkt. No. 389) from July 17, 2013 to July 31, 2013.

The Court hereby finds that Plaintiff's unopposed motion should be **GRANTED** and it is hereby **ORDERED** that Plaintiff may have until July 31, 2013 to file their objections and motion for reconsideration.

**So ORDERED and SIGNED this 16th day of July, 2013.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE