# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **STRAGENT, LLC, et al.,** § | No. 6:11-CV-278-LED-JDL | |
| § | | |
| v. § | **LEAD CASE** | |
| § | | |
| **BMW NORTH AMERICA LLC, et al.** § | | |
| § | | |
| **STRAGENT, LLC, et al.,** § | No. 6:13-CV-378-LED-JDL | |
| § | | |
| v. § | **MEMBER CASE** | |
| § | | |
| **MERCEDES-BENZ USA, LLC.** § | | |
| § | | |
| **STRAGENT, LLC, et al.,** § | No. 6:13-CV-379-LED-JDL | |
| § | | |
| v. § | **MEMBER CASE** | |
| § | | |
| **CHRYSLER GROUP, LLC.** § | | |

## ORDER

Before the Court is Defendants' unopposed motion to extend the deadline to file Objections to and Motion for Reconsideration of the Court's Memorandum Opinion and Order regarding claim construction (Dkt. No. 389) from July 17, 2013 to July 31, 2013.

The Court hereby finds that Defendants' unopposed motion should be **GRANTED** and it is hereby **ORDERED** that Defendants BMW North America, LLC, Mercedes-Benz USA, LLC and Chrysler Group LLC may have until July 31, 2013 to file their objections and motion for reconsideration.

**So ORDERED and SIGNED this 17th day of July, 2013.**

5

*/s/ John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE