# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| STRAGENT, LLC, et al., | § § | |
| v. | § § | No. 6:11-CV-278-LED-JDL |
| BMW NORTH AMERICA LLC, et al. | § § § | LEAD CASE |

| | | |
|---|---|---|
| STRAGENT, LLC, et al., | § § | |
| v. | § § | No. 6:13-CV-378-LED-JDL |
| MERCEDES-BENZ USA, LLC. | § § § | MEMBER CASE |

| | | |
|---|---|---|
| STRAGENT, LLC, et al., | § § | |
| v. | § § | No. 6:13-CV-379-LED-JDL |
| CHRYSLER GROUP, LLC. | § § § | MEMBER CASE |

## ORDER OF DISMISSAL

Plaintiffs Stragent, LLC and TAG Foundation have asserted that Defendants BMW of North America, LLC, Bayerische Motoren Werke A.G., Mercedes-Benz USA, LLC, and Chrysler Group LLC infringe at least one claim of United States Patent No. 7,953,599.

The parties have filed a Joint Motion to Dismiss, dismissing with prejudice Plaintiffs' claims against Defendants and dismissing without prejudice BMW of North America, LLC and Mercedes-Benz USA, LLC's counterclaims against Plaintiffs.

IT IS ORDERED, ADJUDGED AND DECREED that all claims or causes of action asserted in the above referenced causes by Plaintiffs are hereby dismissed with prejudice and that

all counterclaims asserted in the above referenced causes by BMW of North America, LLC and Mercedes-Benz USA, LLC are hereby dismissed without prejudice.

It is further ORDERED that each party will bear its own costs, expenses, and legal fees.

**So ORDERED and SIGNED this 30th day of July, 2013.**

LEONARD DAVIS
UNITED STATES DISTRICT JUDGE