**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| STRAGENT, LLC, et al., | § | |
| | § | |
| vs. | § | |
| | § | **CASE NO. 6:11cv278 LED-JDL** |
| BMW NORTH AMERICA LLC, et al. | § | |

| | | |
|---|---|---|
| STRAGENT, LLC, et al., | § | |
| | § | |
| vs. | § | |
| | § | **CASE NO. 6:13cv378 LED-JDL** |
| MERCEDES-BENZ USA, LLC. | § | |

| | | |
|---|---|---|
| STRAGENT, LLC, et al., | § | |
| | § | |
| vs. | § | |
| | § | **CASE NO. 6:13cv379 LED-JDL** |
| BMW NORTH AMERICA LLC, et al. | § | |

**FINAL JUDGMENT**

Pursuant to the Order granting the parties' Joint Motion to Dismiss (see Civil Action No. 6:11cv278, lead case), the Court hereby enters Final Judgment. On May 31, 2011, Plaintiffs Stragent, LLC and TAG Foundation filed suit against twenty-five (25) Defendants.[1] Since that time, all Defendants have been dismissed: Pioneer Electronics (USA) Inc. (Doc. No. 285); Pioneer North America, Inc. (Doc. No. 285); Pioneer Corporation (Doc. No. 285); Volkswagen Group of America, Inc. (aka Audi of America, Inc.) (Doc. No. 123); Volkswagen AG (Doc. No. 123); Audi AG (Doc. No. 123); BMW of North America, LLC (Doc. No. 398); Bayerische Motoren Werke AG (Doc. No. 398); Chrysler Group LLC (Doc. No. 398); Honda of America Mfg., Inc. (Doc. No. 344); American Honda Motor Co. Inc. (Doc. No. 344); Honda North America, Inc. (Doc. No. 138); Honda Motor Company, Ltd. (Doc. No. 349); Mercedes-Benz

---

[1] On May 8, 2013, Defendants Mercedez-Benz USA LLC and Chrysler Group LLC were severed from No. 6:11cv278 into separate civil actions, Nos. 6:13cv378 and 6:13cv379, respectively. These civil actions were subsequently consolidated with No. 6:11cv278 for pretrial purposes.

LLC (Doc. No. 398); Daimler AG (Doc. No. 70); Mitsubishi Motors North America, Inc. (Doc. No. 374); Mitsubishi Motors Corporation (Doc. No. 230); Nissan North America, Inc. (Doc. No. 292); Nissan Motor Co., Ltd. (Doc. No. 292); Porsche Cars North America, Inc. (Doc. No. 147); Dr. Ing. Hc. F. Porsche AG (Doc. No. 147); Toyota Motor North America, Inc. (Doc. No. 251); Toyota Motor Sales, U.S.A., Inc. (Doc. No. 251); Toyota Motor Engineering & Manufacturing North America, Inc. (Doc. No. 251); and Toyota Motor Corporation (Doc. No. 251).

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 30th day of July, 2013.**

                **LEONARD DAVIS**
                **UNITED STATES DISTRICT JUDGE**