IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STRAGENT, LLC, ET AL. § | |
| § | |
| v. § | CASE NO. 6:11cv278 |
| § | |
| PIONEER ELECTRONICS (USA) INC., § | |
| ET AL. § | |

## ORDER

The Court has received a bill representing services rendered and expenses incurred through July 31, 2013 by technical advisor, Richard Egan, Austin, Texas. Upon review, the Court finds the total amount charged, $975.00 to be appropriate and ORDERS Plaintiffs to pay one half, $487.50, and Defendants, collectively, to pay one half, $487.50.

Payment should be made by August 16, 2013 to Richard Egan, O'Keefe, Egan, Peterman & Enders, LLP, 1101 S. Capital of Texas Hwy., Building C, Suite 200, Austin, Texas 78746 and reference Invoice Number 44338.

**So ORDERED and SIGNED this 7th day of August, 2013.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE